# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:19–cr–00648

Ajay Dhingra

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/12/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment
Indictment – #13

Date:   September 5, 2019

David J. Bradley, Clerk