11/9/2020

To: JUDGE GRAY MILLER
    515 RUSK AVE., ROOM 9010C
    HOUSTON, TX 77002

4:19 cr 648

FROM: AJAY DHINGRA (#97169-479)
      FDC HOUSTON
      P.O. BOX 526255
      HOUSTON, TX 77052

United States Courts
Southern District of Texas
FILED

NOV 12 2020

David J. Bradley, Clerk of Court

DEAR JUDGE MILLER:

ALMOST 60-DAYS AGO, I EMBARKED INDIVIDUALLY TO PROVE
WHAT REALLY HAPPENED TO ME MORE THAN 14-YEARS AGO.
I WANT TO PROVIDE ALL THE FACTS SURROUNDING MY CASE.

I'VE HEARD AND READ OTHERS' PERSPECTIVES,
BUT THOSE WHOM WERE NOT REALLY THERE.
THIS DEMONSTRATION AGAINST ME
DOES NOT ACKNOWLEDGE WHAT I REALLY EXPERIENCED —
RASH JUDGMENT, TRYING TO DO TOO MUCH TOO QUICKLY.

AS YOU KNOW JUDGE, THIS IS NOT MY FIRST ATTEMPT.
I CAN DOCUMENT SEVERAL ATTEMPTS FROM THE BEGINNING OF MY DETENTION.

I'VE STRUGGLED NOT ONLY TO OBTAIN CONTACT INFORMATION,
BUT ANY INFORMATION- FROM COURT DOCUMENTS
TO THE DOCUMENTS LEADING TO PURCHASE ... MEDICAL
RECORDS TO FINANCIAL (AND CELL PHONE) RECORDS.

TRULINCS  97169479 - DHINGRA, AJAY - Unit: HOU-D-W

--------------------------------------------------------------------------------

FROM: 97169479
TO: Education
SUBJECT: ***Request to Staff*** DHINGRA, AJAY, Reg# 97169479, HOU-D-W
DATE: 09/19/2020 12:36:16 PM

To: cONTACT Information
Inmate Work Assignment: Contact information

Please assist me.  I need the contact information (address, phone number and email if possible) for the following:
1) Dr. Debelius, M.D. - Tallahassee, Florida area - I want to ask him to be a witness in my case.
2) Rapid Fire - a fire arms company located in the DFW area. - I would like them to help and maybe be a witness in my case.

Thank you

United States Courts
Southern District of Texas
FILED

NOV 12 2020

David J. Bradley, Clerk of Court

JUDGE MILLER
DHINGRA
ATTACHMENT
PAGE 1/3

TRULINCS 97169479 - DHINGRA, AJAY - Unit: HOU-D-W

--------------------------------------------------------------------------------------

FROM: 97169479
TO: Education
SUBJECT: ***Request to Staff*** DHINGRA, AJAY, Reg# 97169479, HOU-D-W
DATE: 09/23/2020 08:54:07 AM

To: Research
Inmate Work Assignment: Contact Information

Please assist with providing the following contact information (address, telephone #) for the following who I am will request to
be witnesses in my case.  I have no one who is helping outside - no family, no friends.  Thank you for helping me mail letters to
these people who may help me:
1) Mr. Harinath Medi - Real Estate Broker - Sugar Land, TX area
2) Mrs. Suzie Kapadia - Real Estate Agent - Sugar Land, TX area
3) Mrs. Anjali Parekh (+Married Name) - Attorney - Houston, TX area
4) Dr. Anil Patel (Doctor of Chiropractor) - Chiropractor - maybe Houston area

Many Thanks

Ajay

JUDGE MILLER
DHINGRA
ATTACHMENT
PAGE 2/3

TRULINCS  97169479 - DHINGRA, AJAY - Unit: HOU-D-W

--------------------------------------------------------------------------------

FROM: 97169479
TO: Education
SUBJECT: ***Request to Staff*** DHINGRA, AJAY, Reg# 97169479, HOU-D-W
DATE: 10/07/2020 03:30:35 PM

To: Contact Information for Witness
Inmate Work Assignment: Contact Information for W

I request for your immediate assistance in providing the contact information for:

Rapid Fire Firearm Company in the DFW area

Thank you

JUDGE MILLER
DHINGRA
ATTACHMENT
PAGE 3/3

PURE HEART

FOREVER USA

NORTH HOUSTON TX 773

10 NOV 2020 PM 2 L

United States Courts
Southern District of Texas
FILED

NOV 12 2020

David J. Bradley, Clerk of Court

AJAY DHINGRA
#97769-479
FDC HOUSTON
FEDERAL DETENTION CENTER
P.O. BOX 526255
HOUSTON, TX 77052

JUDGE MILLER
515 RUSK AVENUE, ROOM 9010C
HOUSTON, TX 77002

77002-260099